Ronald Ryan
Ronald Ryan PC
Attorney for Debtors
1413 E. Hedrick Drive
Tucson, AZ 85719
(520)298-3333 ph 743-1020 fax
ronryanlaw@cox.net
AZ Bar #018140 Pima Cty #65325

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA, TUCSON DIVISION

| IN RE:<br>DAVID LOPEZ AND MARIA JESSICA LOPEZ, DEBTOR<br><br>AMERICA'S SERVICING COMPANY, MOVANT<br><br>v.<br><br>DEBTOR/RESPONDENT | Case No.: 08-12937-JMM<br><br>**DEBTOR'S OBJECTION TO PROOF OF CLAIM**<br><br>Chapter 13 |
|---|---|

COME NOW, David Lopez and Maria Jessica Lopez Objector and Debtor, and files this Objection to Proof of Claim, filed by AMERICAS SERVICING COMPANY, Claimant, and presents unto the Court as follows:

1. This chapter 13 case was commenced by the filing of a petition on 9/25/2008.

2. On 11/19/08, Claimants filed their 2ND Amended Proof of Claim, found as Claim # 7 on the Court's Claim's Registry. The Claim is attached hereto.

3. Debtor has disputed the Debt owed to Respondent in Schedule D and in the Chapter 13 Plan. Debtor denies that Movant is the real party in interest. Debtor

Page 1 of 3

does not deny borrowing to purchase their property, nor that they signed a Note and Deed of Trust, nor that they are not current on payments pursuant to the original terms thereof. But Even if Movant produces the original Note in Court and shows itself to be the holder, Debtor alleges that Movant is owed no money whatsoever by Debtor, primarily because it probably never invested a single dime that was loaned to Debtor, nor was there any real consideration paid by Movant to the party that did invest funds that were loaned to Debtor, and also because of other claims and defenses described herein. Debtor alleges that if further money is owed to any party, that another person or entity is the actual Investor and the only person or entity that can be entitled to payment, but that the obligation to them is not secured by Debtor's residence. To find that Debtor is obligated to Movant would subject them to the potential of multiple liability for the same obligation. Debtor alleges that if the obligation to the actual investor has not been discharged by third party security guarantees, that Debtor possesses claims and defenses against said party as discussed herein. Debtor asks that final hearing on this matter pending full and complete response to Debtor's discovery requests.

4. Debtor filed a 44 page Response to Amended Motion for Relief from Stay, along with exhibits on 9/1/2009 ("Response"), which can be found at Court Docket # 48. The factual and legal matters contended in the Objection would be substantially the same as that in the Response. Rather than inundating the Court and opposing counsel with duplicative materials, Debtor hereby reiterates the content in the Response, including the Exhibits as if the same were set forth at length.

5. Debtor has served discovery that pertains to both the Stay Relief matter

and this Objection, and further action on these matters must wait at least until the discovery is fully and completely answered.

Debtor further moves that the litigation on the primary mortgage and this Motion be handled separately from the Debtor's Plan, such that Debtor's plan can be confirmed prior to the resolution of the litigation involving the mortgage. Regardless of whether Debtor wins or loses, the Plan and its terms will be unaffected.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that this Court sustain Debtor's Objection to the extent that the evidence establishes and that they have such other and further relief as is appropriate.

Respectfully submitted,
/s/ Ronald Ryan
Ronald Ryan

## **CERTIFICATE OF SERVICE**

The above and foregoing with exhibits was served by email upon: Leonard McDonald, Tiffany & Bosco; Chapter 13 Trustee; and Debtor on September 1, 2009.

/s/ Ronald Ryan
Ronald Ryan

| UNITED STATES BANKRUPTCY COURT | AMENDED PROOF OF CLAIM |
|---|---|
| DISTRICT OF ARIZONA | Chapter 13 |

Name of Debtor: Jessica Lopez and Maria Jessica Lopez
Bankruptcy Case No: 4:08-bk-12937-JMM

## A. CREDITOR INFORMATION

Name and Address of Creditor:   This space is for court use only
America's Servicing Company
One Home Campus
MAC# X2302-045
Des Moines, IA 50328

Number by which creditor identifies debtor: 1127076138 / 08-62824

## B. CLAIM INFORMATION

1. Basis for claim: Monies loaned

2. Date debt was incurred: February 7, 2006

3. CLASSIFICATION OF CLAIM: SECURED

    Attach evidence of perfection of security
    Brief description of collateral: Real Estate

4. TOTAL AMOUNT OF CLAIM: $139,178.92 (Principal Balance, plus below arrearages)

    TOTAL: $14,999.24*    *Arrearages, as set forth in Schedule "A" attached.
    Plus accruing interest, late charges, **attorney's fees, costs, and all other expenses related thereto.

**IF LEGAL FEE AND COSTS ARE INCURRED AFTER THIS PROOF OF CLAIM IS FILED, YOUR ACCOUNT WILL BE ASSESSED THOSE FEES AND COSTS IF LEGALLY PERMISSIBLE IN THE OPINION OF THE LENDER. IF SUCH FEES AND COSTS ARE NOT PAID AS PART OF THIS CASE, THEY MAY BE COLLECTED IN THE FUTURE PURSUANT TO THE TERMS OF YOUR SECURITY INSTRUMENT, THE BANKRUPTCY CODE, AND OTHER APPLICABLE LAW.

## C. CERTIFICATION

The undersigned certifies under penalty of perjury that the debtor named above is indebted to the claimant in the amount shown, that there is no security for the debt other than that stated above or in an attachment to this form, that no unmatured interest is included, and that the undersigned is authorized to make this claim.

Dated October 22, 2008

                                           /S/MSB#010167
                                   TIFFANY & BOSCO, P.A. counsel for creditor

Jessica Lopez and Maria Jessica Lopez
CASE NO: 4:08-bk-12937-JMM

## SCHEDULE "A"

PRINCIPAL BALANCE $139,178.92

ARREARAGES

| | |
|---|---:|
| 8 Monthly payments at $1,297.42 (3/1/2008 - 10/1/2008) | $10,379.36 |
| Accrued late charges | $110.14 |
| Attorney foreclosure fees and costs | $1,982.43 |
| Attorney bankruptcy fees | $200.00 |
| Escrow shortage | $2,297.31 |
| Property preservation | $15.00 |
| Property inspection fee | $15.00 |
| TOTAL* | $14,999.24 |

*TOTAL GOOD THROUGH September 25, 2008

***NOTE: THE TOTAL DEBT IS THE SUM OF THE ARREARAGES AND THE PRINCIPAL BALANCE, LESS ANY PORTION OF THE ARREARAGES WHICH UNDER THE TERMS OF THE LOAN WOULD BE APPLIED AS A REDUCTION OF THE PRINCIPAL.