**SIGNED.**

Dated: April 19, 2010



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 13 |
| DAVID LOPEZ and MARIA JESSICA LOPEZ, | ) No. 4:08-bk-12937-JMM |
| Debtors. | ) **ORDER** |

Consistent with the court's Memorandum Decision,

IT IS HEREBY ORDERED GRANTING America's Servicing Company's amended motion for relief from stay (DN 39) as to real property located at 6743 S. Santa Clara Ave., Tucson, Arizona, more particularly described as Lot 87, of RITA MANOR, according to the Map recorded in Book 14 of Maps, Page 33, Records of Pima County, Arizona; and

IT IS FURTHER ORDERED OVERRULING the Debtors' objection to ASC's proof of claim (DN 53).

DATED AND SIGNED ABOVE.

COPIES to be sent by the Bankruptcy Notification Center ("BNC") to the following:

Ronald Ryan, Attorney for Debtor

Leonard J. McDonald, Attorney for America's Servicing Company

Dianne C. Kerns, Trustee

Office of the U.S. Trustee